**Section B      Special Events including Holidays**

For special functions and special events including holidays. when in the opinion of the employer a significant increase in business is anticipated, the following procedure will be adhered to:

a.      All openings shall be posted by the time clock two (2) weeks prior to the date of the special event or holiday.

b.      If such openings remain unfilled, the employer will contact the Union hiring hall who will refer company-trained workers for employment.  If the Union hiring hall cannot provide company-trained workers, the following procedures will apply:

   1.      The employer shall have the right to require the employee(s) to work by inverse order of seniority.

   2.      Once scheduled for a special event, employees must work or be subject to discipline.

Excluded from this section shall be the following:

   a.      Employees on an authorized leave of absence, or granted authorized personal days.

   b.      Employees who have outside regular employment.

   c.      Employees who regularly attend school.

   d.      Employees with proven medical appointments.

   e.      Other legitimate reasons approved by Twin River, such approval will not be unreasonably denied.

**Article 34            Cancellation of Racing**

**Section A**

In the event that a cancellation occurs (for whatever reason), the employer must provide two (2) hours notification to the employees without any financial obligation on the employer.

**Section B**

In the event that the employees receive less than two (2) hours notification by the employer, the employees will receive four (4) hours regular pay.

**Section C**

If during a shift the shift is canceled, the employees will be compensated for the hours worked or

five (5) hours whichever is greater.

## Article 35        Health and Dental Insurance

### Section A        Health Insurance

It is agreed that Twin River will provide individual coverage for health and dental insurance selected by the employer for employees who meet the eligibility requirements. The current employer selected health plan is BC/BS Healthmate Coast to Coast Plan 200 – Rx 5/15/30. The existing system of deductible reimbursements will remain in effect for employees who were members of the Union as of June 2, 2006. For all employees hired after June 2, 2006 ("New Employees"), the current selected plan is BC/BS Healthmate Coast to Coast Plan 200 – Rx 7/25/40, $200.00 hospitalization visit deductible, $100.00 emergency room visit deductible, $15.00 for office visit co-payment.

### Section B        Eligibility of Current Employees

#### Initial Coverage (April 2, 2006 through July 1, 2007):

From April 2, 2006 through July 1, 2007, all members of the bargaining unit as of June 2, 2006 who average twenty-five (25) hours per week for a six month period will have their health contributions (premiums) paid in the following manner:

The employer will pay one hundred percent (100%) of the premium cost of single coverage and fifty percent (50%) of the cost of the difference between individual and family plans for all employees as defined above for the single health plan for coverage as defined above.

Eligibility for benefits for all employees will be calculated twice per year (January 1st and July 1st). From April 2, 2006 through July 1, 2007, employees that worked an average of twenty-five (25) hours per week for the prior six (6) month period will earn benefits for the next six (6) month period.

#### Remainder of Agreement (April 2, 2007 through April 1, 2012):

Commencing April 2, 2007 through April 1, 2010, all members of the bargaining unit as of June 2, 2006 will be grand-fathered under the above described health plan, except that the eligibility requirement will increase from twenty-five (25) hours per week to thirty (30) hours per week.

### Section C        Eligibility of Employees Hired after June 2, 2006 ("New Employees")

From April 2, 2006 through April 1, 2007, New Employees hired after June 2, 2006 will be eligible for health benefits upon completion of five (5) months of working an average of twenty-five (25) hours per week. Commencing April 2, 2007 through April 1, 2012, New Employees will be eligible for health benefits upon the completion of five (5) months of working an average of thirty (30) hours per week. Upon attaining eligibility, new Employees will participate in the Twin River sponsored health plans as follows:

Twin River will pay one hundred percent (100%) of the premium cost of single coverage or credit the amount paid for single coverage towards the cost of family plan coverage for any qualified employee who chooses Family Plan Coverage. All New Employees are responsible for the cost of the difference between individual and family plan coverage as defined above for the single health plan.

After completing the initial eligibility requirement, New Employee health insurance eligibility will be determined in June and December as all other employees.

## Section D    Alternate Coverage

Effective September 1, 2007, through March 31, 2008, Twin River will offer an alternate health care package (hereinafter referred to as Plan B) to employees who do not work an average of 30 hours in the previous five months (initial coverage) or employees currently covered and renewing coverage during normal open enrollment periods (July 1, 2007 and January 1, 2008).

Eligibility shall be as follows:

All new hires working an average of 25 to 29 hours per week will be eligible for Plan B only effective September 1, 2007.

All new hires working an average of 30 or more hours will be eligible for Plan B and the current Health Mate Coast to Coast Plan 200 effective September 1, 2007.

To be eligible for Plan B coverage on January 1, 2008, an employee must have worked an average of 28 hours between July 1, 2007 and December 31, 2007.

## Section E    Dental Insurance

Twin River will select and pay for the cost of a single dental plan. The current employer selected dental plan is Delta Dental Level 1 Enhanced. The eligibility for this dental plan will only be available for current full time employees and all New Employees as defined above for health benefits.

## Section F

All Union employees not eligible for coverage may enroll in the Twin River health and dental plans at their own expense. No employee may use any health plan for double coverage. Any employee found doing so will have their coverage terminated, and the employee will be held liable for all costs paid by the employer to the insurer. Medicare is not considered double coverage.

If an eligible employee loses coverage elsewhere due to a life status change such as, but not limited to, divorce, separation, death, or termination of employment, that employee will be allowed to enroll in the Twin River plan at the beginning of the month following the life status

change.

The employer, after consultation with the Union, may select another carrier, but it must be substantially similar to existing coverage.

## Section G

PTO or a medical or family leave of absence will not count against an employee's health/dental benefit eligibility. When returning from a leave of absence, if an employee was previously eligible to receive health and dental insurance and returns to a schedule which qualifies them for insurance, the employee shall be immediately eligible to re-enroll.

## Section H

Twin River will maintain an IRS 125 Plan for all eligible employees to make pre-tax deductions for health insurance and other permitted deductions.

## Article 36        Personal Leave of Absence

## Section A

From April 2, 2006 through April 1, 2007, all employees (whether existing members of the bargaining unit or New Employees) who average twenty-five (25) or more hours per week may request a Personal Leave of Absence after six (6) months of service.

Commencing April 2, 2007 through April 1, 2012, all employees who average thirty (30) or more work hours per week may request a Personal Leave of Absence after six (6) months of service.
One Personal Leave of Absence may be granted for a period of up to thirty (30) days in any rolling twelve (12) month period. An additional 30 days may be granted at Twin River's discretion consistent with Twin River policy and staffing business demands.

An employee may also apply for an educational leave of absence for up to one semester to take classes in an industry-related field. Twin River shall consider business and staffing levels when determining whether or not to grant the request for an educational leave. Leaves shall not be denied unfairly within this context.

## Section B

Employees will be responsible for the full cost of any health or any insurance plans they wish to continue during such leave. When the employee returns from personal leave, benefits will again be provided by Twin River according to the applicable plans.

Requests must be submitted in writing thirty (15) days prior to the requested start date of the leave and must be approved in writing by Twin River or its representative.

Personal leaves may not be used to extend vacations or other leaves unless approved by Twin River.

Failure to return from an approved Personal Leave of Absence constitutes job abandonment and will result in immediate termination of employment.

**Article 37**        **Sick Leave**

**Section A**

From April 2, 2006 through April 1, 2007, employees who work thirteen hundred (1,300) or more hours in a calendar year will be credited with five (5) paid sick days per year. Employees who work at least eight hundred and eighty (880) hours during the year will be credited with one (1) sick day the following year.

Commencing April 2, 2007 through April 1, 2012, employees who work fifteen hundred and sixty (1,560) or more hours in a calendar year will be credited with five (5) paid sick days per year. Employees who work at least one thousand fourteen (1,014) hours during the year will be credited with one (1) sick day the following year.

An employee who begins employment after January 1 and meets the above requirements will be credited the appropriate number of sick days on December 31st of each year. New Employees hired during the first year of this Agreement must complete six (6) full and continuous months of employment and work an average of twenty-five (25) hours per week to be eligible for sick days. New Employees hired between April 2, 2007 and April 1, 2012 must complete six (6) full continuous months of employment and work an average of thirty (30) hours per week to be eligible for sick days.

**Section B**

The employees will be allowed to carry over unused sick days from one year to the next, but will not be allowed to cash in unused sick days. A physician's certificate may be required for proof of illness.

**Section C**

Sick leave shall be paid at the employee's normal rate of pay for his/her regularly scheduled hours.

**Section D**

Employees are expected to call in sick at least two (2) hours prior to their shift unless physically unable to do so.

**Section E**

Any employee who uses a sick leave day on a paid holiday will be paid their regular rate of pay and will not be paid time and a half.

## Article 38       Medical Leave of Absence

Qualification for and benefits provided for a Medical Leave of Absence shall be governed by the Family Medical Leave Act of 1993 (hereinafter "FMLA") and the Rhode Island Parental and Family Leave Act (hereinafter "RIPFLA"), as the same may be amended from time to time except that employees of Twin River who now have a minimum of 15 years seniority or who shall attain 15 years seniority by December 31, 2008 will qualify for benefits provided by the FMLA and RIPFLA without having to achieve the FMLA or RIPFLA's stated number of hours worked for eligibility.

Any employee who qualifies for FMLA or RIPFLA benefits either through the Acts' eligibility requirements or through the above-stated seniority provision shall receive benefits per the Acts. At the conclusion of their eligibility for benefits, if the employee is not able to return to employment at Twin River, the employee will be terminated. However, if at the time of notice of termination, the employee notifies Twin River in writing that he/she intends to return to work if physically able, the employee will have one year from the commencement date of the leave to return to work.

Twin River will continue to hold and post the employee's shifts as temporary during the leave provided for by this Article.

Twin River's obligation to hold any post and the reemployment of the employee is based on business demands.

An employee who returns pursuant to this section shall return with the seniority in effect at the time the leave commenced.

## Article 39       Life Insurance

For April 2, 2006 through April 1, 2007, a $2,500.00 life insurance benefit will be provided for all employees who average twenty-five (25) or more hours per week for one (1) year.

Commencing April 2, 2007 through April 1, 2010, a $2,500.00 life insurance benefit will be provided for all employees who work an average of thirty (30) hours per week for one (1) year provided they maintain full-time status.

**Article 40**      **Pension**

## Section A

To be eligible to participate in the Hotel and Restaurant Employees International Pension Fund (hereinafter "Pension Fund"), employees must have completed five (5) full and continuous months of employment and have worked an average of twenty (20) hours or more per week during the five (5) month period. If an approved break in the qualifying eligibility period occurs, the employee will not forfeit qualifying time earned prior to the approved break.

Upon qualification as stated above, pension payments will be made to the Pension Fund for all hours worked in any subsequent week(s) in which an employee has worked twenty (20) or more hours.

Contributions will be made for all qualifying hours worked up to a maximum of forty (40) hours to the Pension Fund or its successor.

Twin River will make contributions to the Pension Fund for all hours worked, up to a maximum of forty (40) hours per week, by bargaining unit employees.

For each year of this Agreement, Twin River will contribute as specified herein.

Pursuant to the minimum funding letter dated June 24, 2007, the minimum funding rates for 2006, 2007, 2008, and 2009 shall be as follows:

| EFFECTIVE DATE | HOURLY RATE FOR EACH ELIGIBLE EMPLOYEE |
|---|---|
| April 1, 2006-March 31, 2007 | $1.05 Per Hour |
| April 1, 2007-March 31, 2008 | $1.15 Per Hour |
| April 1, 2008-March 31, 2009 | $1.25 Per Hour |
| April 1, 2009-March 31, 2010 | $1.35 Per Hour |
| April 1, 2010-March 31, 2011 | Amount equal to the minimum funding requirements established by the Pension Fund |
| April 1, 2011-March 31, 2012 | Amount equal to the minimum funding requirements established by the Pension Fund |

## Section B

In order to properly pay benefits, Twin River will keep a record of employee's rights to benefits

and to comply with federal law, the employer agrees to make available to the fund such records of bargaining unit employees as the fund may require, including names of employees, dates of hire, social security number, hours, days or weeks of employment.

## Section C

The Employer and the Union agree to be bound by the Agreement and Declaration of Trust of the said Hotel Employees and Restaurant Employees International Union Pension Fund as may, from time to time, be amended, and they do hereby irrevocably designate as their respective representatives on the board of Trustees, such Trustees named in said Agreement and Declaration of Trust as Employer and Union Trustees, together with their successors selected as provided therein, and agree to abide and be bound by all procedures established and actions taken by the Trustees pursuant to said Trust Agreement. Any provision in this Agreement that is inconsistent with the Agreement and Declaration of Trust, or the Plan of Benefits, rules, or procedures established by the Trustees, shall be null and void.

The Employer agrees to contribute for each employee covered by this Agreement as stipulated in Section A to the HEREIU Pension Fund for the purpose of providing pension benefits. Said contributions shall be submitted monthly, together with a report of the employee data required by the Trust Fund no later than the fifteenth (15th) day of the month following the month for which the contribution was made.

### Article 41          Job Preservation

Except for the points of distribution known as Fred & Steve's, Carmines, Fado and the Hearth Buffet which are currently operated by Twin River and shall continue to be operated by Twin River for the duration of this Agreement, the terms of this Article shall apply as follows:

## Section A

Except for all work performed by supervisors as stated in this Agreement, all work performed within the scope of this Agreement shall be performed only by members of the bargaining unit. In the event that Twin River engages a subcontractor to undertake a specific part of the work currently undertaken by Twin River or if Twin River enters into a lease in which the lessee will perform work covered by this Agreement within the current physical structure known as Twin River, the subcontractor and/or lessee shall recognize the Union as the existing exclusive bargaining representative of the employees in the subcontracted or subleased operations performing work covered by this Agreement.

## Section B

The subcontractor and/or lessee may choose to reopen all or part of the Agreement to establish the terms and conditions of employment for the employees in the subcontracted or subleased operations. If the subcontractor and/or lessee choose to reopen all or part of the Agreement, to ensure harmony amongst the employees at the facility, the terms and conditions of the existing Agreement between the Union and Twin River will be in effect until negotiations between the

Union and the subcontractor and/or lessee have concluded.

## Section C

If the subcontractor and/or lessee adopts the terms and conditions of the Collective Bargaining Agreement between Twin River and the Union ("Collective Bargaining Agreement"), the Union agrees to be bound by the Agreement as to the subcontractor and/or lessee's operation. If the subcontractor or lessee adopts the Collective Bargaining Agreement, the Union agrees not to look to Twin River as a joint employer or to hold Twin River jointly liable for any breaches of the Collective Bargaining Agreement by the subcontractor and/or lessee.

## Section D

It is clearly understood that Twin River employees who receive shifts with subcontractor(s) and/or lessee(s) will have that time credited for benefits eligibility.

## Article 42        General Provisions

## Section A

The employer will create job descriptions for each classification. Such job classifications shall be presented to the Union. If management and Union fail to agree to said classification, the dispute will be resolved pursuant to the grievance and arbitration provisions stated herein.

## Section B

Bargaining unit work shall be done by bargaining unit personnel only except in the case of an emergency, training needs, or when a Union break employee is unavailable to implement scheduled breaks/lunch periods. Managers may be utilized to implement scheduled break and/or lunch periods when a Union break person is not available. When a non-bargaining unit employee receives a gratuity, it shall be evenly divided between the bargaining unit employees working that shift.

## Section C

Stand workers, bartenders, and waitstaff who train new employees will be paid $0.35 per hour training pay in addition to their regular pay for one shift when they train another employee.

## Section D

Errors in an employee's paycheck shall, upon verification, be corrected by Twin River within three (3) days of notification, excluding Saturdays, Sundays, and holidays.

## Section E

All job openings in the bargaining unit shall be faxed to the Union when they are posted.

## Section F

Twin River and the Union agree to cooperate in sponsoring classes including conventional Spanish/Portuguese, ESL, GED, and sign language. At least fifty (50%) percent of the class time will be paid by Twin River. Twin River reserves the right to select a trainer and to determine whether a sufficient showing of interest exists.

## Section G

Twin River agrees to pay for any mandatory training or certification it requires.

## Section H

During the life of the contract, a specific safe and secure parking lot will be designated for all employees. When expansion plans are completed, the employer and the Union will meet to define the parking area for employees.

## Section I

Twin River will be responsible for ensuring that the server or bartender who waits on or places an order for any management approved house comps will receive a fifteen (15%) percent gratuity for the service. Twin River shall include the phrase "Tip Not Included" on all promotional packages.

## Section J

The parties will establish a Labor-Management Committee to design a program to allow lead-outs to be trained in skills necessary to work in the catering department. Any proposed program must be approved by the General Manager before it becomes effective.

A lead-out who works in the catering department shall be on probation in that bargaining unit for the longer of seven (7) shifts or thirty (30) calendar days. Once they have completed this probationary period, they shall be off probation and accrue seniority back to their first day of work in this bargaining unit.

## Section K

Year to date hours and year to date union dues will be listed on all employee paychecks.

## Article 43          Duration of this Agreement

This Agreement shall take effect January 16, 2008, and terminate at midnight April 1, 2012. In the absence of any written notice to the other party of a desire to modify or terminate this Agreement on or before February 1, 2012, this Agreement shall automatically continue in full force and effect until April 1, 2013.

IN WITNESS WHEREOF, the parties hereto execute this Agreement on the _____ day ofFebruary, 2008.


UTGR Inc. d/b/a Twin River                    UNITE HERE Local 217

By:_____                  By:_____


Print Name:_____                  Print Name:_____


Title:_____                  Title:_____

# APPENDIX A

## List of Unions

As of the execution of this Agreement, the following unions have Collective Bargaining Agreements at Twin River:

Carpenters Local 94

Hotel Restaurant Workers UNITE HERE Local 217

Laborers Local 271

Leadouts UNITE HERE Local 217

Gaming Clerks Local 334

Teamsters Local 251

Plumbers & Steamfitters Local 51

Electricians Local 99

58733-127903
#753196-P-v11

# APPENDIX B

## Sign Up Sheet and Current List of Outlets

**On-Call Sign Up Sheet**

Article 9, section B of the Local 217 contract states that Twin River post an on call list once every two months. The people who sign below will be called first according to seniority. This sheet is for the months of _____ and _____. Please be sure to fill in each column.
Regarding shifts: indicate which shifts you are available by writing AM, or PM or BOTH beside your name and under the appropriate day that you are available. If you wish to exclude yourself from working in a smoking environment, indicate so with an N in the first column.

| Classification: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Name**<br>(Please Print Legibly) | **Smoke**<br>Y / N | **Monday**<br>AM, PM or Both | **Tuesday**<br>AM, PM or Both | **Wednesday**<br>AM, PM or Both | **Thursday**<br>AM, PM or Both | **Friday**<br>AM, PM or Both | **Saturday**<br>AM, PM or Both | **Sunday**<br>AM, PM or Both |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## List of Outlets as of Date of Execution of this Agreement

Warehouse
Buffet
Banquets
CARS
Steakhouse
Fado
Carmine's
Biscotti's
Lighthouse
Blackstone's
Beverage
Bake Shop
Main Kitchen

# APPENDIX C

## Wage Rates

Twin River recognizes the following wage rates and classifications of employment.

From April 2, 2006 through April 1, 2007, Twin River will increase wage rates by four percent (4%); from April 2, 2007 through April 1, 2008, Twin River will increase wage rates by four percent (4%); from April 2, 2008 through April 1, 2009, Twin River will increase wage rates by two percent (2%); and from April 2, 2009 through April 1, 2010, Twin River will increase wage rates for tipped workers by two percent (2%) and two and one half percent (2 ½) for non-tipped workers. From April 2, 2010 through April 1, 2011 and from April 2, 2011 through April 1, 2012, Twin River will increase wage rates by three percent (3%). Longevity increases shall be added after the wage increase goes into effect and will not be compounded.

Any employee over the classification rates in Schedule A shall still receive the general wage increase.

Additionally, employees will be entitled to longevity increases as outlined below.

Any tipped employee hired after the execution of this Agreement will be compensated at eighty (80%) percent of the wages stated below for each respective classification. Non-tipped employees will be compensated at the rate of pay stated below.

*Note: Probationary workers start at $0.75 below the Union scale for the classification in which they are employed.
Upon completion of the probationary period, the employee will receive a $.25 per hour increase.
On the first anniversary of their employment, the employee will be increased to the Union scale for the classification they are employed in.

58733-127903
#753196-P-v11

# APPENDIX D

## List of Current Outlets for Employee Meals

[TO BE DETERMINED PERIODICALLY BY TWIN RIVER]

58733-127903
#753196-P-v11

# APPENDIX E

## ATTENDANCE POLICY

**Notification of Absence**

This Agreement recognizes that due to unavoidable and unforeseen circumstances, there will be occasions when absences from work or tardiness will occur. On these occasions, employees are requested to notify Twin River as soon as possible, but not later than two (2) hours prior to their starting time of their shift. The purpose of this procedure is to provide managers and supervisors enough notice to adjust staffing needs in order to maintain service standards.

The employees should contact his/her supervisor or a representative designated by the department for reporting these absences or tardiness. In the event the supervisor or the designated representative cannot be reached, the call should be placed to the manager on duty in your department. The employee should provide the following information:

- Name
- Employee number
- Specific reason for tardiness or absence
- Expected return to work or time will report to work

An employee must report each day of absence in a timely manner until he/she is granted a leave of absence.

**Recordkeeping**

All absences, tardiness, early departures, etc., will be recorded and retained as part of your departmental attendance record. You may examine these records by making a request of your Supervisor.

**Administration**

The attendance policy is based on points. Points are assessed for any absence or tardy regardless of cause. Absences or tardy from work for the purpose of this policy is as follows:

| | |
|---|---|
| **Tardy** | An employee is considered tardy when he/she has failed to be at his/her place of work at the prescribed time. There is no grace period for tardiness. Employees who are tardy receive one (1) point. |
| **Absence** | Employees who "call-out" for their scheduled shift according to policy or arrive for work late more than two (2) hours into a scheduled shift which creates, as deemed by Twin River, an adverse impact on business operations, will be considered absent |

for the day and will receive two (2) points. Twin River, in exercising its discretion, shall not be arbitrary and capricious. Late arrivals less than two (2) hours into the scheduled shift will be considered tardy and will receive one (1) point.

|                         |                                                                 |
|-------------------------|-----------------------------------------------------------------|
| **Absence On Day Requested Off But Not Granted** | Absence on a day when supervisor has previously denied the request will be considered an unauthorized absence and assessed five (5) points. |
| **No Call/No Show** | Failure to call in per proper procedure and failure to report to work for a scheduled shift will result in five (5) points. Failure to call in or report to work two (2) hours after the start of a scheduled shift will be recorded as a No Call/No Show. Failure to call and report to work for two (2) consecutive days will be considered job abandonment and will result in termination. |

Attendance points accumulate on a rolling twelve (12) month period. That is any point in the preceding twelve months counts in the administration of the policy. As twelve (12) months of employment go by after receiving a point(s), that point(s) is no longer counted. Any 30-day period that an employee maintains a perfect attendance record, one point will be deducted from their accumulated point total. No point total may be maintained less than zero.

As a result, an employee can repair his/her record by good attendance.

**Points**

| | |
|---|---|
| Unauthorized/Unapproved Tardy | 1 point |
| Unauthorized/Unapproved Absence/Late Arrival | 2 points |
| Unauthorized/Unapproved Absence on a Day Requested Off, But Not Granted | 5 points |
| No Call/No Show | 5 points |

**Introductory Period of Employment**

For those employees in their introductory period of employment, an accumulation of three (3) points will result in a final written warning and any additional points during the introductory period of employment will result in termination of employment. Any No Call/No Show during the introductory period will result in immediate termination of employment.

**Corrective Action**

Warning levels and discipline will correspond to the total points an employee has at any given time during a rolling period of twelve (12) months. This procedure allows for the occasional illness or unexpected event that prevents an employee from arriving at work on time, but provides disciplinary action when an employee demonstrates that he/she cannot be depended on to consistently report to work when he/she is scheduled.

| 4 points | Documented Verbal Counseling |
| 5 points | Written Warning |
| 8 points | Final Written Warning |
| 10 points | Termination of Employment |

Prior to any counseling, points will be reviewed with the department Director. Human Resources will review all discipline counselings for consistent application of this policy. No employee will be discharged prior to review of all points and disciplines, and signatures of department Director, Human Resources, and approval of the General Manager. No exceptions.

Employees are required to strictly adhere to this policy. Any changes, modifications, or explanations of the policy will be valid only if placed in writing and approved by Twin River.

To help ensure fairness and equity throughout for all employees, this attendance policy is designed as a "no-fault" attendance system. This means that all employees are treated the same regardless of their department, management, supervisor, etc., without regard to the reason for the absence or tardy. In other words, the appropriate points will be assessed in all situations, by all management personnel, regardless of the reason for the absence or tardy. Again, this ensures the integrity and fairness of the system.

# APPENDIX F

## Political Action Authorization Form

**Fill this in to build power for union members!**
**UNITE HERE TIP check-off authorization for political contributions from wages**

I, _____, hereby authorize and direct the payroll department of _____
<span style="font-size:smaller">Name of Employee</span>

to deduct from my salary the sum of _____ per week and to transmit that sum to the UNITE HERE TIP.

I understand that (1) my contributions will be used for political purposes to advance the interest of the members of UNITE HERE, their families, and all workers, including support of federal and state candidates and political committees and addressing political issues of public importance; (2) only U.S. citizens and lawful permanent residents who are UNITE HERE members or UNITE HERE executive or administrative staff, or their family members, may contribute; (3) contributing to the UNITE HERE TIP is not a condition of membership in UNITE HERE or any of its affiliates, or a condition of employment; (4) I may refuse to contribute without reprisal; (5) any guideline contribution amount proposed by UNITE HERE are only suggestions, I may contribute more or less than that amount, and I will not be favored or disadvantaged by UNITE HERE because of the amount of my contributions or my decision not to contribute.

Name: _____

Social Security Number: _____ Date: _____

Address: _____

City: _____ State: _____ Zip: _____

Department / Affiliate / Local: _____

Position: _____ Signature: _____

<span style="font-size:smaller">Federal law requires us to use our best efforts to collect and report the name, mailing address, occupation and name of employer of individuals whose contributions exceed $200 in a calendar year. Only US citizens and lawful permanent residents who are UNITE HERE members or UNITE HERE executive or administrative staff, or their family members, may contribute.</span>

<span style="font-size:smaller">Contributions or gifts to the UNITE HERE TIP are not tax deductible.</span>

---

**¡ Llene aquí para dar poder a los afiliados sindicales!**
**El TIP de UNITE HERE Autorización para deducir de los sueldos las contribuciones políticas**

Por medio de la presente, yo, _____, autorizo y doy instrucciones al departamento de pago de nómina de sueldos de: _____ para que deduzca de mi salario la cantidad de _____ por semana para ser transferida el TIP de UNITE HERE.

Entiendo que: (1) mi contribución será utilizada con fines políticos para hacer progresar los intereses los trabajadores afiliados a UNITE HERE, de sus familias y de todos los trabajadores, incluyendo el apoyo a candidatos federales y estatales y a comités políticos, y para atender problemas políticos de importancia pública; (2) contribuir para el TIP de UNITE HERE no es una condición para ser miembro de UNITE HERE y/o de cualquiera de sus organismos filiales, ni una condición de empleo; (3) que puedo negarme a contribuir sin represalia por ello; y (4) que cualquier cantidad propuesta por UNITE HERE es sólo una sugerencia y que yo pueda contribuir con más o con menos de esa cantidad, y que eso no hará que UNITE HERE me favorezca o me coloque en desventaja debido a la cantidad con la que contribuyo o a que decido no contribuir.

Nombre _____

Número de seguro social _____ Fecha _____

Domicilio _____

Ciudad _____ Estado _____ Zona Postal _____

Departamento e filial: _____

Puesto de trabajo _____ Firma _____

<span style="font-size:smaller">La ley federal nos exige hacer nuestro mayor esfuerzo por recaudar y reportar el nombre, la dirección postal, la ocupación y el nombre del patrón de las personas cuyas contribuciones reboran los $200 durante un año del calendario en el año. Sólo pueden contribuir quienes son ciudadanos de EE.UU. o que fueron residentes permanentes legal y que son miembros de UNITE HERE o que forman parte de su personal ejecutivo o administrativo o sus familiares.</span>

<span style="font-size:smaller">Las contribuciones o donaciones al TIP de UNITE HERE no son deducibles de impuestos.</span>

# APPENDIX G

## Dues Check-Off Authorization Form

### UNITE HERE MEMBERSHIP CARD

I hereby accept membership in UNITE HERE and authorize UNITE HERE to represent me in negotiations with my employer about wages, hours and all other conditions of employment.

I authorize my employer to deduct from my wages a charge equal to the dues UNITE HERE members pay, regardless of my membership status in the union, and to remit that charge to UNITE HERE.

This authorization shall be irrevocable for one year from the date signed below, or until the expiration of UNITE HERE's contract with my employer, whichever is sooner, and shall be automatically renewed for successive one year periods from the date signed below. I can revoke this authorization only by sending written notice by registered mail to my employer and to UNITE HERE not more than twenty (20) days and not less than ten (10) days (a) before the expiration of each yearly period, or (b) before the expiration of UNITE HERE's contract with my employer.

If you wish to pay your dues and fees directly to UNITE HERE and not have a payroll deduction, initial here. _____ You will then be required to pay your dues and fees directly to the Union each month, on time.

| Date of Hire | Hours Worked Per Week | Name (Print) |
| --- | --- | --- |
| | | X |
| Employer | | Signature                                    Date |
| Job | | Social Security Number |
| Home Phone | | Street Address                               Apt |
| Email | | City            State            Zip |
| Beneficiary (Name and Relationship) | | PLEASE SEE IMPORTANT NOTICE ON REVERSE SIDE ☞ |

**Member in Good Standing**
**Local 217, UNITE HERE**

New Haven: (203) 865-7315    Hartford: (860) 246-2561
New London: (860) 437-4357   Providence: (401) 528-1103

Name: _____
House: _____
Effective Date: _____
Steward: _____

---

## NOTICE REGARDING UNION SECURITY CLAUSE AND DUES DEDUCTION AUTHORIZATION

As an employee working under a UNITE HERE Local 217 contract containing a union security clause, you are required, as a condition of employment, to pay dues or fees to the Union. This is the only obligation under the union security clause. Individuals who are member pay dues while individuals who are nonmembers pay an equivalent fee. This fee, which is authorized by law, is your fair share of sustaining your union's broad range of programs in support of you and your co-workers, but nonmembers may file objections to funding expenditures that are nongermane to the Union's duties as collective bargaining agent. Nonmembers have the right to be given sufficient information to enable them to intelligently decide whether to object, and to be apprised of, the internal Union procedures for filing objections. Individuals may obtain a description of the procedures, which must be followed to file such objections, and further information, by writing to General President, UNITE HERE 275 Seventh Avenue, New York, NY 10001. The letter of objection must be appropriately post-marked and must include your full name, mailing address, social security number, your employer's name, your date of employment and the name or number of the Local Union representing the employees of your employer. Once a timely objection is received, the Union will advise you of your precise fair share fee and the categories of chargeable expenses used in the determination of that fee. This "fair share" status will continue for twelve months and must be renewed annually on or before the anniversary date (month) of your "fair share" status by notifying the General President of your desire to continue your "fair share" status no sooner than thirty (30) days prior to the anniversary date.

Nonmember fee payers give up many benefits that only Union members receive. As a member you will have the benefits and privileges of membership, including the right to fully participate in the internal activities of the Union, the right to attend and participate in membership meetings, the right to participate in the development of contract proposals and to participate in contract ratification and strike votes, the right to vote to set or raise dues and fees, the right to nominate and elect Union Officers, the right to run for Union office and for convention delegate, and the right to receive the International Union burial benefit.

The authorization for dues deduction is voluntary. If you do not wish the convenience of the this payroll deduction, but prefer to pay your dues and/or initiation fees directly to the Local 217 Union offices each month, you may do so. If you do not sign the dues deduction authorization, you must then pay your dues and/or fees to the Local Union by the 10th of each month.

If called to a meeting with management, or present in management or present this card before the meeting starts.

If this discussion could in any way lead to my being disciplined or terminated, or affect my personal working conditions, I respectfully request that my union representative, officer or steward be present at this meeting. Without representation present, I choose not to participate in this discussion.

58733-127903
#753196-P-v11

58733-127903
#753196-P-v11